UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

J & J SPORTS PRODUCTIONS, INC., a corporation, )
)
)
Plaintiff, )  Case No. 4:13-CV-01740
vs. )
)
)
)
DENNIS W. GORG, JR., an individual, )
)
Defendants. )

## MEMORANDUM

COMES NOW Plaintiff and dismisses its cause of action with prejudice against **Dennis W. Gorg, Jr., only**..

THE VOGLER LAW FIRM, P. C.

By: _____
VINCENT D. VOGLER       (FED #25030MO)
MICHAEL A. KASPEREK    (FED #32036MO)
Attorneys for Plaintiff
Two City Place Drive, Suite 150
Post Office Box 419037
St. Louis, MO 63141-9037
(314) 567-7970
(314) 567-5053 (Fax)
E-Mail: voglaw@earthlink.net

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served on this _7_ day of April, 2015, upon ___ the Clerk of the U.S. District Court, Eastern District of Missouri, Eastern Division via CM/ECF; and upon ___ John W. Taylor, Attorney for Defendant via CM/ECF.

So ordered

_____
Michael A. Kasperek

87340 040715 MAK bm

Terry␣␣I. Adelman
4/15/15